IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00821-RM-BNB

FRANCES RILEY,

Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Emergency Request for Continuance and Stay on All Discovery, or in the Alternative, Motion for Extension of at Least Five Days to Respond to Defendant's Discovery Requests Due to Family Health Related Emergency** [docket no. 45, filed August 21, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED IN PART. Plaintiff has an additional five days to respond to defendant's discovery requests. The Motion is DENIED IN ALL OTHER RESPECTS.

DATED: August 26, 2013