IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00821-RM-BNB

FRANCES RILEY,

Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion and Memorandum of Law in Support of Motion for Withdrawal of Admissions** [docket no. 54, filed November 13, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendant shall respond to the Motion on or before **November 22, 2013**. No reply will be accepted without leave of court.

DATED:  November 15, 2013