IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00821-RM-BNB

FRANCES RILEY,

Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
LAW OFFICES OF ROBERT J. HOPP & ASSOCIATES, LLC,
ROBERT J. HOPP, and
SALLY ZEMAN,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was prepared and submitted electronically by defense counsel, as I directed, but the plaintiff, who is proceeding pro se, failed to provide her input into that document. In addition, my recommendation that summary judgment be granted in part and denied in part, and the defendant's objection to that recommendation, remain pending before the district judge.

Where, as here, the plaintiff is proceeding pro se and a recommendation is pending which may materially impact the nature of the case going forward, judicial economy and preservation of the parties' assets dictate that the supplemental final pretrial conference await the determination of the district judge.

IT IS ORDERED:

(1)     The proposed final pretrial order is REFUSED;

(2) A supplemental final pretrial conference will be set after the district judge rules on the pending recommendation and objection; and

(3) The defendant shall file a status report within ten days of the order of the district judge resolving the recommendation and objection detailing the ruling of the district judge and its effect on the case going forward, and discussing any additional pretrial matters to be scheduled.

Dated May 6, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge