IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00821-RM-BNB

FRANCES FRANE, f/k/a Frances Riley,

Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

Defendant.

_____

**ORDER**

_____

This matter arises on **Plaintiff's Notice of Name Change and Requests Permission to Update Plaintiff's Name on the Record** [Doc. #71, filed 11/13/2014] (the "Motion").  The Motion is GRANTED as specified.

The plaintiff states that she has remarried and has changed her name to Francis Frane.  She requests permission to change her name to Francis Frane on the record.  The defendant does not object to the name change, but requests that the plaintiff be identified as Frances Frane f/k/a Frances Riley.

IT IS ORDERED:

(1)   The Motion is GRANTED; and

(2)   The Clerk of the Court shall amend the plaintiff's name from Frances Riley to Frances Frane f/k/a Frances Riley.

Dated December 2, 2014.

BY THE COURT:

 s/ Boyd N. Boland                
United States Magistrate Judge